# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH LONNELL LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-194-R |
| SSI DISABILITY, et al., | ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 8], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

IT IS SO ORDERED this 18th day of April, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1